UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,                    ORDER OF SUSTENANCE

          -against-                                   20-cr-00239-BMC

Derrick Ayers et al,

          Defendant.
-------------------------------------------------------------X

    **It is hereby ORDERED** that the Marshal supply proper:

( )    LODGING

(X)    SUSTENANCE
      to the (13) jurors in the above-entitled case

( )    TRANSPORTATION

( ) DURING SELECTION

( ) DELIBERATING

( ) SEQUESTERED

(X) LUNCH

( ) OTHER _____

DATED: Brooklyn, New York
           June 13, 2024

                                       /s/ Brian M. Cogan
                                      BRIAN M. COGAN
                                      United States District Judge